UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 6:17-cr-37-GFVT-HAI |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID B. HAAS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram. [R. 10.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. [*See id.* at 3.] Neither party has objected and the time to do so has now passed. Defendant Haas filed a waiver of indictment [R. 9] and consented to plead before the United States Magistrate Judge. [R. 5.]

Upon review, the Court is satisfied that Defendant David Haas knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 10**] is

    **ADOPTED** as and for the Opinion of the Court;

2. Defendant David Haas is **ADJUDGED** guilty of the Information;

3. The Defendant's Jury Trial is **CANCELLED**; and

4. A Sentencing Order shall be entered promptly; and

5. The Defendant shall be remanded to the custody of the United States Marshals Service and is hereby ordered to self-report on or before **2:00 p.m.** on **August 4, 2017,** at the United States Marshals Office in **London, Kentucky**.

This the 3rd day of August, 2017.

Gregory F. Van Tatenhove
United States District Judge